Filed April 12, 1916.

Appeal from Circuit Court, Dade County; Daniel A. Simmons, Judge.

Decree affirmed.

*Hudson, Wolfe & Cason,* for Appellant;

*Rand & Kurtz,* for Appellees.

---

Central National Bank of St. Petersburg, Florida, a Corporation, Appellant, v. J. C. Fillmon, E. J. Fillmon, his wife, and H. E. Whitfield, Appellees.

Filed April 12, 1916.

Appeal from Circuit Court, Pinellas County; O. K. Reaves, Judge.

Decree affirmed.

*Cook, Spear & Dishman,* for Appellant;

*James Booth,* for Appellees.

---

City of Key West, a Municipal Corporation, Plaintiff in Error, v. Andrew L. Page, Elizabeth Page, Sebastian Dongo and Ella E. Dongo, Defendants in Error.